**Law Offices of Ron Peters**
**RON PETERS (SBN: 45749)**
**901 H Street, Suite 611**
**Sacramento, California 95814**
**Telephone:   (916) 322-2472**
**Facsimile:   (916) 322-3208**
**Email: ronslaw207@sbcglobal.net**

**Attorney for Defendant**
**BLAS FELIPE GONZALEZ RAMIREZ**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00054-TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| BLAS FELIPE GONZALEZ RAMIREZ, | |
| Defendant | |

The United States of America, through its counsels of record, Mc Gregory W. Scott, United States Attorney for the Eastern District of California, and Justin L. Lee, Assistant United States Attorney, and defendant Blas Felipe Gonzalez Ramirez, through his attorney, Ronald Peters, Esq, hereby stipulate and agree that the status conference scheduled for January 10, 2019 at 9:30 am should be continued to, February 7, 2019 at 9:30 a.m.

The parties expect to have a plea agreement by the next court date and are looking to a global resolution involving state prosecutions.

Parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and Local Code T-4 - reasonable time to prepare and for continuity of counsel. The parties agree that

**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**

time be excluded under this provision January 10, 2019 to and including February 7, 2019

                                               **Respectfully Submitted,**
                                               **MC GREGORY W. SCOTT**
                                               **United States Attorney**

DATE: January 8, 2019                        /s/ Ron Peters for Justin L. Lee
                                               JUSTIN L. LEE
                                               **Assistant U.S. Attorney**

DATE: January 8, 2019                        /s/Ron Peters
                                               RON PETERS
                                               Attorney for Defendant

**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**

**ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and defendant continuity of counsel. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation, January 10, 2019, to and including February 7, 2019.

IT IS SO ORDERED.

Date: January 9, 2019

Troy L. Nunley
United States District Judge