McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00054-TLN |
| Plaintiff, | STIPULATION REGARDING SENTENCING HEARING AND ORDER |
| v. | DATE: August 1, 2019 |
| BLAS FELIPE GONZALEZ RAMIREZ, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Troy L. Nunley |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for judgment and sentencing on August 1, 2019.

2. By this stipulation, the parties request to continue judgment and sentencing to August 29, 2019, at 9:30 a.m.

///
///
///
///
///

3. The Draft PSR has not yet been completed. The parties anticipate that the draft PSR will be released during the week of August 5, 2019. Defense counsel anticipates requesting a sentence of time served. Accordingly, the parties are requesting an expedited PSR briefing schedule as follows:

    a) Informal Objections shall be due: August 13, 2019.
    b) Final PSR shall be due: August 20, 2019.
    c) Formal Objections and Sentencing Memos shall be due: August 22, 2019.

IT IS SO STIPULATED.

Dated: July 30, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney

Dated: July 30, 2019

/s/ RON PETERS
RON PETERS
(as authorized on July 29, 2019)
Counsel for Defendant
BLAS FELIPE GONZALEZ RAMIREZ

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 30th day of July, 2019.

Troy L. Nunley
United States District Judge